# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:46 pm, Aug 20 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25-mj-02052-DRM |
| ADOLFO NIMROD HERNANDEZ RAMOS | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **June 6, 2025** in the county of **Baltimore** in the District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 111 | Assaulting, resisting, or impeding certain officers |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

*Jeffrey J. Nugent*
Complainant's signature

Jeffrey J. Nugent, Special Agent, DHS
Printed name and title

Sworn to before me and signed in my presence.

Date: August 14, 2025

Judge's signature

City and state: Baltimore, Maryland

Honorable Douglas R. Miller, US Magistrate Judge
Printed name and title