UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 1:25-MJ-00156 |
| VERSUS | MAGISTRATE JUDGE PEREZ-MONTES |
| ADOLFO NIMROD HERNANDEZ RAMOS | |

ORDER APPOINTING INTERPRETER

The court, having conducted an evidentiary hearing on this date, having found the defendant unable to speak and/or understand the English language sufficiently and having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, HEREBY ORDERS that:

DAVID HOOVER

be appointed as interpreter to assist in the initial appearance and arraignment of defendant. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

THUS DONE in Chambers on this 28th day of August, 2025.

JOSEPH H.L. PEREZ-MONTES
U.S MAGISTRATE JUDGE